# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| **LISA O'BRIEN** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-09524 |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Diamond Ellis, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Office of International Judicial Assistance in DC on November 21, 2025 at 12:23 pm at 1100 L St NW, Room 8024, Washington, DC 20005 by leaving the following documents with Rondell Thompson who as Mailroom Supervisor is authorized by appointment or by law to receive service of process for Office of International Judicial Assistance.

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT (28 U.S.C. §§ 1346(b), 2671-2680)

Additional Description:
I left the documents with Rondell Thompson, who stated that they are authorized to accept service on behalf of the entity.

Black or African American Male, est. age 45-54, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.9037058,-77.0278087
Photograph: See Exhibit 1


Total Cost: $140.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Prince George's County__ , __MD__ on __11/24/2025__ .

/s/ *Diamond Ellis*
Signature
Diamond Ellis
+1 (240) 936-1121