## UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| LISA O'BRIEN <br><br> *Plaintiff* <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> *Defendant* | Civil Action No. 1:25-cv-09524 |

### AFFIDAVIT OF SERVICE

I, Olayinka Akerele, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to U.S Attorney's Office in Cook County, IL on November 20, 2025 at 1:37 pm at 219 S Dearborn St, 12th Floor, Chicago, IL 60604 by leaving the following documents with H. Rounds who as Intake Specialist is authorized by appointment or by law to receive service of process for U.S Attorney's Office.

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT (28 U.S.C. §§ 1346(b), 2671-2680)

Additional Description:
Document Delivered to H. Rounds. Intake Specialist

Black or African American Female, est. age Unknown, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.8788070009,-87.6286616199
Photograph: See Exhibit 1

Total Cost: $150.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Cook County, IL on 11/21/2025.

/s/ *Olayinka Akerele*
Signature
Olayinka Akerele
+1 (317) 457-9954
Proof Illinois LLC
No. 117.001863