**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Lisa O'Brien

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:25−cv−09524
　　　　　　　　　　　　　　　　　　　Honorable Jeremy C. Daniel

United States of America

                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Beth W. Jantz for the purpose of holding proceedings related to: discovery supervision and settlement conference. (ags) Mailed notice.


Dated: January 16, 2026

　　　　　　　　　　　　　　　　　　　　　　/s/ Jeremy C. Daniel

　　　　　　　　　　　　　　　　　　　　United States District Judge