## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Lisa O'Brien
                         Plaintiff,

v.                                        Case No.: 1:25−cv−09524
                                                        Honorable Jeremy C. Daniel

United States of America
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

      MINUTE entry before the Honorable Beth W. Jantz: In light of the referral [25], by 2/5/2026, the parties are ordered to file a joint initial status report with a discovery plan pursuant to Rule 26(f)(3) and in accordance with Judge Jantz's Standing Order on Initial Status Conferences and Reports. The Court will set additional dates upon review of the parties' report. Accordingly, the status hearing before Judge Jantz on 2/4/2026 is stricken [26]. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.